Argued and submitted April 24, remanded for resentencing January 22, reconsideration denied February 7, petition for review denied February 25, 1986 (300 Or 562)

## STATE OF OREGON,
*Respondent,*

*v.*

## ARCHIE SNIDER,
*Appellant.*

(81-333C; CA A33289)

713 P2d 46

John Daugirda, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from his convictions of felony murder, ORS 163.115, kidnapping in the first degree, ORS 163.235, and conspiracy to commit second degree kidnapping, ORS 161.450 and 163.225, entered after a jury trial. We remand for resentencing.

Defendant makes three assignments of error, only the last of which requires discussion. The trial court merged the conspiracy and the kidnapping convictions with the felony murder conviction for sentencing purposes, and imposed a single life sentence. Defendant contends, and the state concedes, that the trial court should have merged the convictions themselves into a single conviction for felony murder. We agree.

Although the trial court's sentence order may be interpreted differently, it appears that defendant's convictions were not merged. On remand, the order should be clarified to reflect a single conviction for felony murder.

Remanded for resentencing.